HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
JEHONANY ALEXANDER VALDEZ-SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00131-DJC |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| vs. | ) | STATUS CONFERENCE AND EXCLUDE |
| | ) | TIME |
| JEHONANY ALEXANDER VALDEZ-SERRANO, | ) | |
| | ) | Date: May 21, 2026 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Daniel J. Calabretta |
| | ) | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Assistant United States Attorney Robert Abendroth, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Jehonany Alexander Valdez-Serrano, that the status conference, currently scheduled for May 21, 2026, be re-set to August 27, 2026 at 9:00 a.m. before Judge Daniel J. Calabretta.

The defense requests the additional time in order to time to review the evidence, analyze discovery and and conduct an investigation.  The government recently tendered voluminous discovery including gigabytes of digital evidence which will require further review.  The government has no objection to this continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 27, 2026;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-

Counsel and the defendant agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  May 5, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JEHONANY ALEXANDER VALDEZ-SERRANO

Dated:  May 5, 2026

ERIC GRANT
United States Attorney

/s/ *Robert Abendroth*
ROBERT ABENDROTH
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 27, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 21, 2026 status conference shall be re-set for August 27, 2026, at 9:00 a.m. before Judge Daniel J. Calabretta.

Dated:  May 5, 2026                          /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

-3-