HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEHONANY ALEXANDER VALDEZ-SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEHONANY ALEXANDER VALDEZ-SERRANO,<br><br>Defendants. | Case No. 2:21-cr-00131-DJC-1<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: August 27, 2026<br>Time: 9:30 AM<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Robert Abendroth, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for JEHONANY ALEXANDER VALDEZ-SERRANO, that the status conference scheduled for August 14, 2026, at 9:00 a.m., be vacated and the matter continued to October 29, 2026, at 9:00 a.m.

The defense requests the additional time in order to investigate the discovery. This is a complex case in which the Defendant is charged with committing the crime from outside the United States.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy sentencing.

//

DATED: August 7, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for JULIO SARABIA

DATED: August 7, 2026

ERIC GRANT
Acting United States Attorney

*/s/ Robert Abendroth*
ROBERT ABENDROTH
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy sentencing.

It is further ordered that the August 14, 2026 status conference shall be continued until October 29, 2026, at 9:00 a.m. As more than eight (8) months will have passed since Defendant's arraignment, the Court expects the parties to appear on October 29, 2026 absent good cause, with compelling circumstances shown.

Dated: August 14, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE